■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES JUNIOR METCALF, Appellant.— Order unanimously reversed and matter remitted to Allegany County Court for a hearing in accordance with the memorandum. Memorandum: Petitioner claims that upon arraignment the County Court Judge should have appointed counsel to defend him. He admits that he was advised as to his right to counsel and that he waived counsel and entered a plea of guilty, but he contends that he was not asked if he desired to have the court appoint counsel to represent him. Further, he contends that during an interview with the District Attorney this defendant was asked if he had money enough to engage the services of an attorney, to which he replied that he had not. He alleges that the District Attorney then said " Well, it looks like you may have to defend yourself ". Because of his lack of knowledge of court proceedings, he says, he therefore pleaded guilty to the crime of grand larceny, first degree. He also contends that the District Attorny stated to him that if he should plead guilty he would see that the defendant would serve but a short sentence. There are other contentions in this petition which may not properly be raised in *coram nobis*. Upon the hearing only those contentions that are outlined herein should be considered by the court. At the hearing he should be assigned counsel if he so desires. (Appeal from order of Allegany County Court denying, without a hearing, motion to vacate a judgment of conviction for burglary, third degree, and grand larceny, first degree, rendered July 28, 1950.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ In the Matter of RAYMOND A. OCCHINO, Respondent, v. DONALD S. HOSTETTER et al., Constituting the New York State Liquor Authority, Appellants.— Order unanimously reversed in the interests of justice, answer in its present form stricken, with leave to serve a new and proper answer within 20 days after service of a copy of the order with notice of entry thereof, with costs to petitioner-respondent against the appellants. Memorandum: 7804, subd. (e) CPLR required the respondents to file with their answer a record of the proceedings under review. This they failed to do. Under this same section Special Term had the power to order the defect or omission to be supplied. This was not done. The answer is therefore dismissed and in the interests of justice the respondents are granted permission to interpose a new and proper answer. (Appeal from an order of Erie Special Term directing respondents to approve petitioner's application for removal of retail liquor store and to perform their duties in relation thereto.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.

■ In the Matter of ELOISE M. CADY, Appellant, v. HUGH D. CADY, Respondent.— Order insofar as appealed from unanimously modified by increasing the amount from $10 a week to $25, and as modified affirmed. Memorandum: We conclude that the financial circumstances of the respective parties are such as to require respondent to pay $25 per week for the support of his wife and child. (Appeal from certain parts of an order of Steuben County Family Court granting support to petitioner and son.) Present — Williams, P. J., Bastow, Henry, Noonan and Del Vecchio, JJ.